UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Charles Gillis et al.

No. C  3:08-cv-3871

Plaintiff(s),

v.

City and County of San Francisco et al.

Defendant(s).

_____/

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated:  8 | 18 | 08                                    Signature _____

                                                       Counsel for  Defendant
                                                       (Plaintiff, Defendant, or indicate "pro se")