AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

CHARLES GILLIS, ANTHONY LAWRENCE AND JOSEPH HALL
Plaintiff

v.

CITY + COUNTY of SAN FRANCISCO, et al.
Defendant

Civil Action No. C-08-3871-SBA

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SEE ATTACHMENT 1

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

GREGORY M HAYNES, ESQ.
2443 FILLMORE, #194
SAN FRANCISCO, CA 94115 (415) 546-0772

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: NOV 13 2008

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Attachment 1

Heather Fong; Leroy Thomas; Phillip Wong;
Contreras, #1082; Wilson, #2032; Frazier, #1839;
Terry, #1525; F. WONG, # 1945; WONG, #416