IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIS ET AL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY & COUNTY OF SAN FRANCISCO ET AL,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-03871 SBA (WDB)<br><br>**ORDER RE DEFENDANTS' REQUEST TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE** |

　　　The Court has received and considered defense counsel's letter, dated May 4, 2009, requesting that Defendants Chief Heather Wong, Inspector Wong, Sergeant A. Wong, and Officers Contreras, Frazier, Terry, Thomas, Wilson and F. Wong be excused from attending the Settlement Conference scheduled for Monday, May 11, 2009, as well as Plaintiffs' counsel's response to this request.

　　　The Court hereby EXCUSES Chief H. Wong, Sergeant A. Wong, and Officers Contreras, Frazier, Terry, Wilson and F. Wong from attending the May 11, 2009, Settlement Conference.  Defendants' request to excuse Inspector Wong and Officer Thomas from personal appearance is DENIED.  Inspector Wong, Officer Thomas, and Lt. Daniel Mahoney are ORDERED to appear at the May 11, 2009, Settlement Conference before the Undersigned.

**IT IS SO ORDERED.**

Dated:  May 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge