**\*\*E-filed 10/19/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES GILLIS, et al., | No. C 08-3871 RS |
| Plaintiffs, | |
| v. | **ORDER RE HEARINGS ON MOTION FOR PROTECTIVE ORDER AND MOTION FOR SUMMARY JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), defendants' motion for a protective order presently set for hearing on October 21, 2010 is hereby submitted for decision without oral argument. Defendants' motion for summary judgment was also set for hearing on October 21, 2010, but the parties were directed to meet and confer regarding stipulating to continue it in light of the issues regarding how much, if any, further discovery should go forward. Although the parties have failed to file any stipulation, good cause appears to vacate the hearing date. Rescheduling the motion for

summary judgment will be discussed at the upcoming case management conference on **October 28, 2010**.[1]

IT IS SO ORDERED.

Dated: 10/19/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] A prior order misstated the date of the case management conference as October 21, 2010.