**\*\*E-filed 5/19/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHARLES GILLIS, et al.,                        No. C 08-3871 RS

              Plaintiffs,

       v.                                      **ORDER EXTENDING BRIEFING
                                               SCHEDULE**

CITY AND COUNTY OF SAN
FRANCISCO, et al.

              Defendants.
_____/

       Plaintiffs' opposition to defendants' motion for summary judgment shall be filed no later

than May 23, 2011.  Any reply shall be filed no later than May 30, 2011.  The matter remains on

calendar for June 9, 2011.


IT IS SO ORDERED.


Dated:  5/19/11                          _____
                                         RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE